RECEIVED

No Fee/No IFP
15 JF
#3

FEB 2 9 2024

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

27773-055
Number/Alien Registration Number

FCI Loretto
Place of Confinement

Po Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Jenhsen Rodriguez

(Full Name of Petitioner)

            Petitioner,

vs.

Colette Peters, Director, BOP
Michael Underwood, Warden

(Name of Warden, Jailor or authorized person having custody of Petitioner)

            Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **3:24-CV-43**

(To be supplied by Clerk)

Petitioner Under 28 U.S.C. § 2241
For a Writ Of Habeas Corpus
By a Person In Federal Custody

## PETITION

1. What are you challenging in this petition?
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Immigration detention
   - ☐ Probation, parole or supervised release
   - ☒ Other (explain): I am challenging the immediate custodian's execution of sentence as unlawful executive restraint of my liberty without basis in USDC's sentence, duties of the US Attorney General as executor of USDC's sentence, and denial of 5th and 14th Amendment due process.

2. (a) Name and location of the agency or court that made the decision you are challenging: Prisons, FCI Loretto, 772 St. Joseph St., Loretto, PA 15940

   (b) Case or opinion number: N/A

   (c) Decision made by the agency or court: Colette Peters, Director through immediate custodian: M. Underwood, Warden, directly and through his staff, has refused to implement the First Step Act (FSA) Earned Time Credits (ETCs) as required by federal law, thereby limiting my access to the Second Chance Act (SCA), thus prejudicing me to serve more time than I am legally required to.

1

(d) Date of the decision: _____

3.    Did you appeal the decision to a higher agency or court? Yes ☐ No ☒

If yes, answer the following:

(a)  First appeal:    BP-8

    (1) Name of the agency or court: __FCI Loretto_____

    (2) Date you filed: ___9/25/23_____

    (3) Opinion or case number: ___n/a_____

    (4) Result: ___One ineligible offense makes you ineligible due to sentences being aggregate

    (5) Date of result: ___9/29/23_____

    (6) Issues raised: ___See Exhibit 1_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:    BP-9

    (1) Name of the agency or court: __FCI Loretto_____

    (2) Date you filed: ___10/4/23_____

    (3) Opinion or case number: ___1178276-F1_____

    (4) Result: ___You must/provide specific information...

    (5) Date of result: ___10/16/23_____

    (6) Issues raised: ___See Exhibit 2_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:    BP-10

    (1) Name of the agency or court: __BOP Regional Office_____

2

(2) Date you filed: ___10/27/23___

(3) Opinion or case number: ___1178276-R1___

(4) Result: ___Concur with institution.___

(5) Date of result: ___1/25/24___

(6) Issues raised: ___See Exhibit 3___

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.　.If you did not appeal the decision to a higher agency or court, explain why you did not: _____
　　　　　　n/a
_____
_____
_____

5.　Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
　　　　　Yes ☐
　　　　　No ☒

If yes, answer the following:

(a) Name of the agency or court: ___BOP National Office___

(b) Date you filed: ___2/1/24___

(c) Opinion or case number: ___1178276___

(d) Result: ___Concur with Regional Office___

(e) Date of result: ___2/21/24___

(f) Issues raised: ___See Exhibit 4___

_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.　For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:**  The BOP has unilaterally denied the Petitioner his FSA ETCs without due process, a Fifth and Fourteenth Amendment violation. The BOP failed to answer the question posed in the Administrative Remedies, and attempted to administrate out of existence a law not to its liking. See West Virginia v EPA, 142 S Ct 2587 (2022).

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
See Affidavit attached

(b) Did you exhaust all available administrative remedies relating to Ground One?  Yes ☒  No ☐

(c) If yes, did you present the issue to:
  ☐ The Office of General Counsel
  ☐ The Board of Immigration Appeals
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

n/a
_____
_____
_____
_____
_____
_____
_____


**GROUND TWO:** _____ n/a _____
_____
_____
_____
_____

   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
          n/a
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

   (b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☐

   (c) If yes, did you present the issue to:

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
_____ n/a _____
_____
_____
_____
_____
_____
_____
_____

**GROUND THREE:** _____ n/a _____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
_____ n/a _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

6

(b)  Did you exhaust all available administrative remedies relating to Ground Three?  Yes ☐ No ☐

(c)  If yes, did you present the issue to:
- ☐  The Office of General Counsel
- ☐  The Board of Immigration Appeals
- ☐  The Parole Commission
- ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
n/a

**GROUND FOUR:** _____ n/a _____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
n/a

n/a

(b) Did you exhaust all available administrative remedies relating to Ground Four?  Yes ☐  No ☐

(c) If yes, did you present the issue to:
   ☐ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
n/a

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐  No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐  No ☐

      If yes, answer the following:

      (1) Name of court: _____ n/a _____

      (2) Case number: _____ n/a _____

      (3) Opinion or case number: _____ n/a _____

      (4) Result: _____ n/a _____

      (5) Date of result: _____ n/a _____

8

(6) Issues raised: _____n/a_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)　　Explain why the remedy under § 2255 is inadequate or ineffective: _____

_____n/a_____

_____

_____

_____

8.　　If this case concerns immigration removal proceedings, answer the following:

(a)　　Date you were taken into immigration custody: _____n/a_____

(b)　　Date of removal or reinstatement order: _____n/a_____

(c)　　Did you file an appeal with the Board of Immigration Appeals?  Yes ☐ No ☒

(1) Date you filed: _____n/a_____

(2) Case number: _____n/a_____

(3) Result: _.n/a_____

(4) Date of result: _____n/a_____

(5) Issues raised: _____n/a_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)　　Did you file an appeal with the federal court of appeals?
Yes ☐　No ☒

(1) Name of the court: _____n/a_____

(2) Date you filed: _____n/a_____

(3) Case number: _____n/a_____

(4) Result: _.n/a_____

(5)  Date of result: _____ n/a _____

(6)  Issues raised: _____ n/a _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: _The Petitioner asks the Honorable_
_Court to GRANT his request for relief pursuant to 28 U.S.C. § 2241 and ORDER the BOP_
_to respond within 30 days, stating why they are denying the application of ETC's._

_____

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus
cases.)


I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of
Habeas Corpus was placed in the prison mailing system on _____(month, day, year).

_____
Signature of Petitioner


_____        _____
Signature of attorney, if any               Date